**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**EMPLOYERS MUTUAL CASUALTY**
**COMPANY, an Iowa corporation,**

    **Plaintiff,**

v.                                            **No. 12cv1310 LAM/RHS**

**SAMCON, INC., a New Mexico corporation;**
**SAMMY MARTINEZ and**
**JEANNIE MARTINEZ, husband and wife,**

    **Defendants.**

## JUDGMENT

Plaintiff, Employers Mutual Casualty Company, through its attorneys of record Keleher & McLeod, P.A. (Deron B. Knoner), and Defendants Samcon, Inc., Sammy Martinez, and Jeannie Martinez, through their attorneys of record Bingham, Hurst & Apodaca, P.C. (Lillian Apodaca) having stipulated to judgment in favor of Plaintiff and against Defendants, and for good cause appearing,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**,

That judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of Ninety-Eight Thousand One Hundred Thirty-Six and 49/100 Dollars ($98,136.49), plus the costs and attorney's fees Plaintiff reasonably incurred in enforcing its rights in this matter in the amount of Three Thousand Four Hundred Sixty-Two and 85/100 Dollars ($3,462.85), for a total judgment in the amount of One Hundred and One Thousand Five Hundred Ninety-Nine and 34/100 Dollars ($101,599.34), plus interest thereon at the rate of 0.15% per annum from December 19, 2012.

    IT IS SO ORDERED.

                                            */s/ Lourdes A. Martínez*
                                        **LOURDES A. MARTÍNEZ**
                                        **UNITED STATES MAGISTRATE JUDGE**

Approved by: *(Prior to modification by the Court)*

KELEHER & McLEOD, P.A.

/s/ Deron B. Knoner
Deron B. Knoner
PO Box AA
Albuquerque, NM 87102
(505) 346-4646
*Attorneys for Plaintiff*

STIPULATED TO: *(Prior to modification by the Court)*

BINGHAM, HURST & APODACA, P.C.

/s/ Lillian G. Apodaca
Lillian G. Apodaca
Bingham, Hurst & Apodaca, P.C.
3908 Carlisle, NE
Albuquerque, NM 87107
Phone: 505-881-4545
*Attorneys for Defendants*